NASHUA AND LOWELL RAILROAD CORPORATION *vs.*
BOSTON AND MAINE RAILROAD.

Middlesex.   December 9, 1926. — June 30, 1927.

Present: RUGG, C.J., BRALEY, CROSBY, PIERCE, & SANDERSON, JJ.

*Landlord and Tenant*, Construction of lease: covenant to pay taxes.
*Contract*, In writing, Construction.   *Tax*, Income.

CONTRACT with a declaration described in the opinion.
Writ dated January 2, 1925.

The defendant demurred to the declaration.   The de-
murrer was heard by *McLaughlin*, J., and was overruled.
The defendant appealed.

The action then was heard upon its merits by *Lawton*, J.,
without a jury, who found for the plaintiff in the sum of
$2,442.14.   The defendant alleged exceptions.

*A. R. Tisdale*, for the defendant.

*A. Marshall*, for the plaintiff.

RUGG, C.J.   The plaintiff seeks to recover in this action
of contract the amount paid by it for an income tax assessed
on it by the Federal government.   The plaintiff in 1880
leased its railroad and all its railroad property to a lessee to
whose obligations the defendant has succeeded.   The lessee
covenanted to "pay all public taxes, assessments, and charges
whatsoever that shall be imposed, either in Massachusetts or
New Hampshire, upon the said first party, the lessor, on

account of the property, franchise, or capital stock of the said party of the first part during said term."

The principles stated in *Stony Brook Railroad* v. *Boston & Maine Railroad,* just decided, *ante,* 379, govern the case at bar and show that the plaintiff cannot recover.

*Exceptions sustained.*

*Order overruling demurrer reversed.*